UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

PHILIP R. BELPASSO,

                          Plaintiff,          07 Civ. 3627 (SHS) (DF)

      -against-                                **SCHEDULING ORDER**

THE CITY OF NEW YORK, et. al.

                        Defendants.
------------------------------------------------------------X

**DEBRA FREEMAN, United States Magistrate Judge:**

        The Court having held an in-court conference with Plaintiff, proceeding *pro se*, and counsel for all Defendants on January 7, 2008; and the Court having accepted Plaintiff's proposed Second Amended Complaint for filing (Dkt. 21);[1] and, on January 14, 2008, the defendant City of New York ("the City") having filed a motion to dismiss the Second Amended Complaint, and the defendant Port Authority of New York and New Jersey having filed an Answer to the Second Amended Complaint; it is hereby ORDERED that:

        1.      Plaintiff shall serve and file an opposition to the City's motion to dismiss no later than January 28, 2008. The City shall file its reply, if any, no later than February 11, 2008.

        2.      To the extent not already made, all initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1) shall be served no later than January 25, 2008.

        3.      Initial document requests and interrogatories shall be served no later than February 8, 2008.

---

[1] Defendants consented to the filing of the proposed Second Amended Complaint.

4.   Any motions to amend the pleadings or to join additional parties shall be served and filed no later than March 14, 2008.

5.   All fact discovery shall be completed no later than May 30, 2008.

6.   All parties shall appear for a status conference before this Court on Wednesday, March 19, 2008, at 11:00 a.m., in Courtroom 17A, at the U.S. Courthouse, 500 Pearl Street, New York, New York.

Dated: New York, New York
       January 23, 2008

SO ORDERED

DEBRA FREEMAN
United States Magistrate Judge

Copies to:

Hon. Sidney H. Stein, U.S.D.J.

*Pro Se* Office, S.D.N.Y.

Mr. Philip R. Belpasso, *pro se*
40-09 Kuiken Terrace
Fairlawn, NJ 07410

Sumit Sud, Esq.
Assistant Corporation Counsel
100 Church Street
New York, NY 10007

Megan Lee, Esq.
The Port Authority of New York and New Jersey
225 Park Avenue South
13th Floor
New York, NY 10003

22 Pavonia Ave
Emerson, NJ 07630-1720
January 18, 2008

The Honorable Debra Freeman
United States Magistrate Judge
United States Courthouse
500 Pearl St. Room 525
New York NY 10007

RE: Milano V Astrue 05 CIV 6527 (KMW) (DF)

Dear Judge Freeman:
I respectfully request that the time period for completion of my response to the government's Request for Summary Judgment be extended from January 18, 2008 to January 25, 2008. This is my third request for an extension.

The government's position paper is 50 pages long with hundred's of pages of exhibits. It is a very extensive document and I need additional time to finalize my reply.

I contacted Kristin Vassallo, Assistant US Attorney, and she does not oppose this request for an extension. If approved by the Court, the government's time to file a reply would then be 02/08/08.

Thank you for the consideration of this request.

Respectfully submitted,

Anthony Milano
Plaintiff
(212) 264-5425 W
(201) 265-3361 H
(212) 264-0951 FAX

ATTACHMENT;
Certification of Service

SO ORDERED: DATE: 1/23/08
                                         nunc pro tunc to 1/18/08

**DEBRA FREEMAN**
**UNITED STATES MAGISTRATE JUDGE**