UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

PHILIP R. BELPASSO,

                         Plaintiff,            07 Civ. 3627 (SHS) (DF)

        -against-                        **SCHEDULING ORDER**

THE CITY OF NEW YORK, et. al.

                       Defendants.
------------------------------------------------------------------X

**DEBRA FREEMAN, United States Magistrate Judge:**

       The Court having held a conference with Plaintiff, proceeding *pro se*, and counsel for all Defendants on May 20, 2008; it is hereby ORDERED, as stated on the record at that conference, that:

       1.    Any deposition of, or other fact discovery relating to, non-party witness Robert Palaza shall be completed no later than June 30, 2008. Fact discovery will otherwise be considered closed on May 30, 2008, the deadline previously set by the Court.

       2.    Defendant Port Authority shall serve the report of its medical expert no later than June 30, 2008.

       3.    All parties shall appear for a status conference before this Court on Wednesday, July 9, 2008, at 10:00 a.m., in Courtroom 17A, at the U.S. Courthouse, 500 Pearl Street, New York, New York.

Dated:  New York, New York
           May 28, 2008

                                                       SO ORDERED

                                                       _____
                                                       DEBRA FREEMAN
                                                       United States Magistrate Judge

2

Copies to:

Hon. Sidney H. Stein, U.S.D.J.

Mr. Philip R. Belpasso, *pro se*
40-09 Kuiken Terrace
Fairlawn, NJ 07410

Sumit Sud, Esq.
Assistant Corporation Counsel
100 Church Street
New York, NY 10007

Megan Lee, Esq.
The Port Authority of New York and New Jersey
225 Park Avenue South, 13th Floor
New York, NY 10003