UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
PHILIP R. BELPASSO,
:
                                    Plaintiff,              07 Civ. 3627 (SHS) (DF)
:
    -against-                                    **SCHEDULING ORDER**
:
PORT AUTHORITY OF NEW YORK AND NEW    :
JERSEY and PORT AUTHORITY OF NEW YORK
AND NEW JERSEY PORT AUTHORITY POLICE,  :

                                   Defendants.   :
------------------------------------------------------------------------X

**DEBRA FREEMAN, United States Magistrate Judge:**

      The Court having held a conference with Plaintiff, proceeding *pro se*, and counsel for the Defendants on July 9, 2008; it is hereby ORDERED, as stated on the record at that conference, that:

      1.    Defendants are directed to respond to Plaintiff's additional interrogatories no later than July 23, 2008.

      2.    If Defendants wish to move for summary judgment in this action, then Defendants shall serve and file a summary judgment motion no later than September 10, 2008. Plaintiff shall serve and file his opposition no later than October 1, 2008. Reply papers, if any, shall be served and filed no later than 10 days after service of Plaintiff's opposition.

3.  Plaintiff is directed to Rule 56 of the Federal Rules of Civil procedure and to Local Civil Rule 56.1 of this Court, and is cautioned that any submission made to the Court in opposition to a motion for summary judgment must be made in accordance with these Rules.

Dated:  New York, New York
        July 11, 2008

SO ORDERED

_____
DEBRA FREEMAN
United States Magistrate Judge

Copies to:

Hon. Sidney H. Stein, U.S.D.J.

Mr. Philip R. Belpasso, *pro se*
40-09 Kuiken Terrace
Fairlawn, NJ  07410

Megan Lee, Esq.
The Port Authority of New York and New Jersey
225 Park Avenue South, 13th Floor
New York, NY 10003