USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/3/08

**THE PORT AUTHORITY** OF NY & NJ

*Darrell Buchbinder, General Counsel*
*Christopher M. Hartwyk, First Deputy General Counsel*

September 3, 2008

**MEMO ENDORSED**

SEP — 2008

<u>VIA FASCIMILE (212) 805-4258</u>

Hon. Debra C. Freeman
United States Magistrate Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 525
New York, New York 10007

*Re:*  **Philip Ralph Belpasso v. The Port Authority of New York & New Jersey**
       **Index No.: 07 CV 3627 (SHS) (DCF)**

Dear Judge Freeman:

We represent The Port Authority of New York and New Jersey (the "Port Authority") in the above-captioned action and are writing to request a two-week adjournment of the current summary judgment schedule due to vacation conflicts with individuals involved in the motion. Currently, the Port Authority's motion for summary judgment is due on September 8, 2008. We respectfully request that this date be extended to September 22, 2008.

We have left a telephone message with plaintiff explaining the situation and the nature of our request, but we have not heard back from him.

*The requested extension is granted. Plaintiff's opposition to be served and filed by October 13, 2008. Reply papers to be served and filed no later than 10 days after service of plaintiff's opposition*

Respectfully yours,

Megan Lee
Attorney

ML/pg

cc:  Philip Ralph Belpasso, *Pro Se*
     40-90 Kiuken Terrace
     Fair Lawn, New Jersey 07410
     (*via Federal Express Delivery & voicemail*)

**SO ORDERED:**  DATE: 9/3/08

DEBRA FREEMAN
UNITED STATES MAGISTRATE JUDGE

Copies Mailed  9-3-08
_____ Judge Freeman

225 Park Avenue South
New York, NY 10003

*Direct Dial: (212) 435-3435*